

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL:DSS/SDD
F.#2012R00949

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2012

**BY HAND AND ECF**

The Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Doe
            <u>Criminal Docket No. 12-M-614</u>

Dear Judge Azrack:

       The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that the motion and any order entered by the Court be filed under seal. The attorney for the defendant in the above-captioned case has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

       The government further writes to confirm that a hearing on this motion has been scheduled for tomorrow at 11:30 a.m. in Courtroom number 2A.

       Respectfully submitted,

       LORETTA E. LYNCH
       United States Attorney

By:   <u>/s/ Seth D. DuCharme</u>
     Daniel S. Silver
     Seth DuCharme
     Assistant U.S. Attorneys
Encls.     (718) 254-6034/ 6021

cc: Michelle Gelernt, Esq. (w/enc.)